Rory T. Kay, Esq. (NSBN 12416)
Tara U. Teegarden, Esq. (NSBN 15344)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
rkay@mcdonaldcarano.com
ttegarden@mcdonaldcarano.com

*Attorneys for Defendant The Retail Equation, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALFONSO ELENES CONTRERAS, | Case No. 2:21-cv-00691-APG-VCF |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING** |
| THE RETAIL EQUATION, INC., | |
| Defendant. | **(FIRST REQUEST)** |

Defendant The Retail Equation, Inc. ("TRE") and Alfonso Elenes Contreras (collectively, the "Parties"), by and through their counsel, and pursuant to LR IA 6-1, submit the following Stipulation to Extend Time to File Responsive Pleading up to and including June 21, 2021. In support of the Stipulation, the parties state the following:

1.    TRE was served with the Complaint through its registered agent on or around April 30, 2021, making its responsive pleading due on or around May 21, 2021.

2.    The undersigned counsel for TRE was recently retained by TRE in connection with this matter and is continuing to review the allegations asserted in the Complaint.

3.    Counsel for Plaintiff has agreed to the requested extension and the requested extension will not impact any other deadlines in this case.

4.    This is the first request to extend the deadline for TRE to file its responsive pleading.

/ / /

/ / /

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

1      5.      Therefore, the Parties hereby stipulate that the deadline for TRE to file its responsive

2  pleading shall be extended through June 21, 2021.

3      Respectfully submitted this 21st day of May, 2021.

4  KRIEGER LAW GROUP, LLC           McDONALD CARANO LLP

5

6  By: /s/ *Shawn Miller*                By: /s/ *Rory T. Kay*
    Shawn Miller, Esq. (NSBN 7825)          Rory T. Kay, Esq. (NSBN 12416)

7      2850 W. Horizon Ridge Parkway, Ste. 200    Tara U. Teegarden, Esq. (NSBN 15344)
    Henderson, Nevada 89052            2300 West Sahara Avenue, Suite 1200

8      smiller@kriegerlawgroup.com         Las Vegas, Nevada 89102
                                   rkay@mcdonaldcarano.com

9                                     ttegarden@mcdonaldcarano.com
    *Attorneys for Plaintiff Alfonso Elenes*

10  *Contreras*                         *Attorneys for Defendant The Retail*
                                *Equation, Inc.*

11

12

13                            IT IS SO ORDERED:

14

15                            _____

16                            UNITED STATES MAGISTRATE JUDGE

17                            DATED:    5-21-2021    _____

18

19

20

21

22

23

24

25

26

27

28

2

4836-4446-1546, v. 1