Rory T. Kay, Esq. (NSBN 12416)
Tara U. Teegarden, Esq. (NSBN 15344)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
ttegarden@mcdonaldcarano.com

*Attorneys for Defendant*
*The Retail Equation, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALFONSO ELENES CONTRERAS,<br><br>Plaintiff,<br><br>v.<br><br>THE RETAIL EQUATION, INC.,<br><br>Defendant. | Case No. 2:21-cv-00691-APG-VCF<br><br>**STIPULATION AND ORDER**<br>**TO EXTEND DEADLINE FOR**<br>**THE RETAIL EQUATION INC.**<br>**TO FILE RESPONSIVE PLEADING**<br><br>**[Second Request]** |

Defendant The Retail Equation, Inc. ("TRE") and Plaintiff Alfonso Elenes Contreras ("Plaintiff"), by and through their attorneys, and pursuant to LR IA 6-1, submit the following Stipulation to Extend Time to File Responsive Pleading up to and including July 5, 2021. In support of the Stipulation, the parties state the following:

1.      Pursuant to the order granting the stipulation entered on May 21, 2021 (ECF No. 7), TRE's responsive pleading is currently due June 21, 2021.

2.      The Parties are engaged in meaningful settlement discussions and, therefore, TRE requests a short extension of time to allow the Parties sufficient time to explore an early resolution of this matter.

3.      Counsel for Plaintiff has agreed to the requested extension and the requested extension will not impact any other deadlines in this case.

117026096v1

**McDONALD CARANO**

100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

1    4.    This is the second request to extend the deadline for TRE to file its responsive

2    pleading.

3    5.    This request for an extension of time is not intended to cause any undue delay or

4    prejudice to any party.

5    6.    Therefore, the Parties hereby stipulate that the deadline for TRE to file its responsive

6    pleading shall be extended through July 5, 2021.

7    Respectfully submitted this 21st day of June, 2021.

8    KRIEGER LAW GROUP, LLC          McDONALD CARANO LLP

9

10   By: */s/ Shawn Miller*                By: */s/ Rory T. Kay*
         Shawn Miller, Esq. (NSBN 7825)         Rory T. Kay, Esq. (NSBN 12416)

11       2850 W. Horizon Ridge Pkwy., Ste. 200   Tara U. Teegarden, Esq. (NSBN 15344)
         Henderson, Nevada 89052                 2300 West Sahara Avenue, Suite 1200

12       smiller@kriegerlawgroup.com             Las Vegas, Nevada 89102
                                                 rkay@mcdonaldcarano.com

13       *Attorneys for Plaintiff*               ttegarden@mcdonaldcarano.com

14                                               *Attorneys for Defendant The Retail*
                                                 *Equation, Inc.*

15

16

17                                               IT IS SO ORDERED:

18

19                                               _____
                                                 UNITED STATES MAGISTRATE JUDGE

20                                                         6-22-2021
                                                 DATED: _____

21

22

23

24

25

26

27

28

117026096v1