David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No.  7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorney for Plaintiff
*Alfonso Elenes Contreras*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALFONSO ELENES CONTRERAS,<br><br>Plaintiff,<br><br>v.<br><br>THE RETAIL EQUATION, INC.,<br><br>Defendant. | Case No.: 2:21-cv-00691-APG-VCF<br><br>**STIPULATION AND ORDER FOR EXTENTION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(First Request)** |

   Plaintiff, Alfonso Elenes Contreras, and Defendant, The Retail Equation, Inc., by and through their undersigned counsel, collectively the "Parties," hereby agree and stipulate that Plaintiff is hereby granted a 2-week extension of time until August 3, 2021 to respond to *The Retail Equation, Inc.'s Motion to Dismiss Complaint* ("Motion to Dismiss"), filed on July 6, 2021 [ECF 12].

Plaintiff's current deadline to respond to the Motion to Dismiss is July 20, 2021. The reason for the extension is because Plaintiff needs additional time to examine the arguments and legal analysis set forth in the Motion to Dismiss, to evaluate and determine whether an amended complaint could address issues raised in the Motion to Dismiss, and to respond to the arguments asserted therein. This is Plaintiff's first request for an extension and Defendant has agreed to the extension of time and will not be prejudiced by the extension.

Stipulated and Agreed: July 19, 2021.

| /s/ Shawn W. Miller | /s/ Rory T. Kay |
|---|---|
| David H. Krieger, Esq. | Rory T. Kay, Esq. |
| Shawn W. Miller, Esq. | Tara U. Teegarden, Esq. |
| KRIEGER LAW GROUP, LLC | McDONALD CARANO LLP |
| 2850 W. Horizon Ridge Pkwy., Suite 200 | 2300 West Sahara Avenue, Suite 1200 |
| Henderson, Nevada 89052 | Las Vegas, Nevada 89102 |
| Attorneys for Plaintiff, | Attorneys for Defendant, |
| *Alfonso Elenes Contreras* | *The Retail Equation, Inc.* |

## ORDER GRANTING EXTENSION OF TIME

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated:   July 20, 2021

-2-