**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALFONSO ELENES CONTRERAS, | Case No.: 2:21-cv-00691-APG-VCF |
| Plaintiff | **Order Denying Motion to Dismiss as Moot** |
| v. | [ECF No. 12] |
| THE RETAIL EQUTATION, INC., | |
| Defendant | |

In light of the plaintiff filing a first amended complaint (ECF No. 15),

I ORDER that the defendant's motion to dismiss **(ECF No. 12) is DENIED as moot** because it is directed at the original complaint.

DATED this 4th day of August, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE