Rory T. Kay, Esq. (NSBN 12416)
Tara U. Teegarden, Esq. (NSBN 15344)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
ttegarden@mcdonaldcarano.com

*Attorneys for Defendant*
*The Retail Equation, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALFONSO ELENES CONTRERAS,<br><br>Plaintiff,<br><br>v.<br><br>THE RETAIL EQUATION, INC.,<br><br>Defendant. | Case No. 2:21-cv-00691-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR THE RETAIL EQUATION TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**[First Request]** |

Defendant The Retail Equation, Inc. ("TRE") and Plaintiff Alfonso Elenes Contreras ("Plaintiff"), by and through their attorneys, and pursuant to LR IA 6-1, submit the following Stipulation to Extend Time to File Responsive Pleading to Plaintiff's First Amended Complaint ("FAC") up to and including August 30, 2021. In support of the Stipulation, the parties state the following:

1. TRE's responsive pleading to Plaintiff's FAC is currently due August 17, 2021.

2. The Parties are continuing to engage in meaningful settlement discussions and, therefore, TRE requests a short extension of time to allow the Parties sufficient time to explore an early resolution of this matter.

3. Counsel for Plaintiff has agreed to the requested extension and the requested extension will not impact any other deadlines in this case.

118606464v1

4. This is the first request to extend the deadline for TRE to file its responsive pleading to Plaintiff's FAC.

5. This request for an extension of time is not intended to cause any undue delay or prejudice to any party.

6. Therefore, the Parties hereby stipulate that the deadline for TRE to file its responsive pleading shall be extended through August 30, 2021.

Respectfully submitted this 17th day of August, 2021.

| KRIEGER LAW GROUP, LLC | McDONALD CARANO LLP |
|---|---|
| By: */s/ Shawn Miller*<br>Shawn Miller, Esq. (NSBN 7825)<br>2850 W. Horizon Ridge Pkwy., Ste. 200<br>Henderson, Nevada 89052<br>smiller@kriegerlawgroup.com<br><br>*Attorneys for Plaintiff* | By: */s/ Rory T. Kay*<br>Rory T. Kay, Esq. (NSBN 12416)<br>Tara U. Teegarden, Esq. (NSBN 15344)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>rkay@mcdonaldcarano.com<br>tteegarden@mcdonaldcarano.com<br><br>*Attorneys for Defendant*<br>*The Retail Equation, Inc.* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 8-17-2021

118606464v1