David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Alfonso Elenes Contreras*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALFONSO ELENES CONTRERAS,<br><br>Plaintiff(s),<br><br>vs.<br><br>THE RETAIL EQUATION, INC.,<br><br>Defendant(s). | Case No.: 2:21-cv-00691-APG-VCF<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND THE RETAIL EQUATION, INC.** |

**NOTICE IS HERBY GIVEN** that the claims and disputes between Alfonso Elenes Contreras ("Plaintiff") and The Retail Equation, Inc. ("TRE") have been settled. Plaintiff and TRE anticipate filing a Stipulation for Dismissal, with prejudice, within 60 days. This will allow time for the settlement to be finalized. Plaintiff requests that all pending dates

and filing requirements as to TRE be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to TRE.

Dated:  September 2, 2021

/s/ Shawn W. Miller
David H. Krieger, Esq.
Shawn W. Miller, Esq.
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy.
Suite 200
Henderson, Nevada 89052
*Counsel for Plaintiff*
*Alfonso Elenes Contreras*