# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ALFONSO ELENES CONTRERAS,<br><br>   Plaintiff,<br><br>vs.<br><br>THE RETAIL EQUATION, INC.,<br><br>   Defendant. | 2:21-cv-00691-APG-VCF<br><br>**ORDER** |

Before me is the Notice of Settlement Between Plaintiff and The Retail Equation, Inc. ("TRE") (ECF No. 19).

Accordingly,

IT IS HEREBY ORDERED that the parties must file a proposed stipulation and order for dismissal on or before November 1, 2021.

IT IS FURTHER ORDERED that all pending deadlines and filing requirements as to TRE are VACATED.

DATED this 2nd day of September, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE