David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Road, Suite 200
Las Vegas, Nevada 89148
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Alfonso Elenes Contreras*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALFONSO ELENES CONTRERAS,<br><br>Plaintiff(s),<br><br>vs.<br><br>THE RETAIL EQUATION, INC.,<br><br>Defendant(s). | Case No.: 2:21-cv-00691-APG-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION, WITH PREJUDICE, AS TO THE RETAIL EQUATION, INC.** |

IT IS HEREBY STIPULATED by and between Alfonso Elenes Contreras ("Plaintiff") and Defendant, The Retail Equation, Inc. ("TRE"), collectively the "Parties," by and through their counsel of record, that the above-entitled action shall be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(2).

IT IS HEREBY FURTHER STIPULATED that the Parties shall bear their own attorney's fees, costs, and expenses.

STIPULATED and DATED on February 8, 2022.

| /s/ Shawn W. Miller | /s/ Tara U. Teegarden |
|---|---|
| David H. Krieger, Esq. | Tara U. Teegarden |
| Shawn W. Miller, Esq. | McDonald Carano LLP |
| KRIEGER LAW GROUP, LLC | 2300 W. Sahara Ave., Ste. 1200 |
| 5502 S. Fort Apache Road | Las Vegas, NV 89102 |
| Suite 200 | 702-873-4100 |
| Las Vegas, Nevada 89148 | Fax: 702-873-9966 |
|  | Email:tteegarden@mcdonaldcarano.com |
| Attorneys for Plaintiff | |
| ***Alfonso Elenes Contreras*** | Rory T. Kay |
|  | McDonald Carano LLP |
|  | 2300 W. Sahara Ave., Ste. 1200 |
|  | Las Vegas, NV 89102 |
|  | 702-873-4100 |
|  | Fax: 702-873-9966 |
|  | Email: rkay@mcdonaldcarano.com |
|  | |
|  | Attorneys for Defendant |
|  | ***The Retail Equation, Inc.*** |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: February 9, 2022